UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JERRY L. JOHNSON,

                Plaintiff,

        -against-

COURT OF APPEALS; SUPERINTENDENT
OF SING SING CORRECTIONAL
FACILITY,

                Defendants.

20-CV-5480 (LLS)

CIVIL JUDGMENT

Pursuant to the order issued February 23, 2021, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under

28 U.S.C. § 1915(e)(2)(B)(ii), (iii).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to

Plaintiff and note service on the docket.

SO ORDERED.

Dated:    February 23, 2021
         New York, New York

_____
          Louis L. Stanton
          U.S.D.J.